

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LIZBETH A. ANZO, Defendant. | Case No. CR 15-574-R<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On November 5, 2018, Defendant appeared before the Court for initial appearance on the petition for revocation or supervised and warrant for arrest that was issued in this matter. Carlos Iriarte from the Indigent Defense Panel was appointed to represent Defendant. Defendant submitted to detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ allegations in the petition: defendant filed to report change in residence, failed to participate in outpatient substance abuse treatment, failed to submit to random drug testing and admitted use of amphetamines in November 2016
- ☒ Defendant absconded from supervision

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ allegations in the petition (see above)
- ☒ criminal history includes revocations of probation

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 5, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE