```
                FILED
       CLERK, U.S. DISTRICT COURT

            JUL - 6 2022

       CENTRAL DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LIZETH AUGUSTINA ANZO <br><br> Defendant. | Case No.: CR 15-574-PSG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist.** for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **defendant allegedly failed to appear for Sup. release hearing on 3/30/21**

```
                                         
                                         
                                         
    and/or
B.  ( )  The defendant has not met his/her burden of establishing by
    clear and convincing evidence that he/she is not likely to pose
    a danger to the safety of any other person or the community if
    released under 18 U.S.C. § 3142(b) or (c). This finding is based
    on:                                  
                                         
                                         
                                         
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __7/6/2022__

_____
UNITED STATES MAGISTRATE JUDGE
PAUL L. ABRAMS

2